# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3136

_____

John E. Searcy, III,                         *
                                             *
            Appellant,                       *
                                             *  Appeal from the United States
      v.                                     *  District Court for the
                                             *  Eastern District of Arkansas.
Warren Newman, individually and in           *
his official capacity as Special Agent of    *      [UNPUBLISHED]
Alcohol, Tobacco & Firearms,                 *
                                             *
            Appellee.                        *

_____

Submitted: August 7, 2006
     Filed: August 18, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

      John Searcy appeals the district court's[1] adverse grant of summary judgment in his suit under <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). Following de novo review, <u>see</u> <u>Evers v. Alliant Techsystems, Inc.</u>, 241 F.3d 948, 953 (8th Cir. 2001) (standard of review), we agree with the district court and affirm. <u>See</u> 8th Cir. R. 47B.

_____

      [1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.